AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

1526271

U.S. MARSHAL-DC
RECEIVED FEB 20 '24 PM2:54

United States of America
v.
EDWARD ALLEN ANDERSON

)
)
)
)
)
)

Case: 1:24-cr-00088
Assigned to: Judge Kelly, Timothy J.
Assign Date: 2/20/2024
Description: INDICTMENT (B)

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   EDWARD ALLEN ANDERSON ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 USC § 922(g)(1) - Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year;
18 USC § 922(k) - Unlawful Possession of a Firearm with an Obliterated, Removed, Changed, and Altered Serial Number;

FORFEITURE: 18 US. § 924(d); 21 USC § 853(p); and 28 USC § 2461(c)

2024.02.20
12:06:35
-05'00'

Date:   02/20/2024

*Issuing officer's signature*

City and state:   WASHINGTON, D.C.

ZIA M. FARUQUI, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 2/20/24 , and the person was arrested on *(date)* 3/14/24
at *(city and state)*   Washington DC .

Date:   3/14/24

*Arresting officer's signature*

Michael Brennan   DUSM
*Printed name and title*